# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

TREYON ANTONIO WILLIAMS,

    Plaintiff,

v.

CORRECT HEALTH; NURSE HARNED; NURSE JONES; SHERIFF WILCHER; and OFFICER FRAIZER,

    Defendants.

CIVIL ACTION NO.: 4:18-cv-247

## **O R D E R**

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's February 22, 2019 Report and Recommendation, (doc. 8), to which the parties have not filed Objections. For the reasons set forth below, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court, **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint, and **DIRECTS** the Clerk of Court to **CLOSE** this case.

Plaintiff Treyon Antonio Williams filed this 42 U.S.C. § 1983 action after Correct Health employee Nurse Harned stood by while he was "assaulted" by a Chatham County Sheriff's Department Officer Frazier and then "refused to stich [his] palm and refused to give [him] anything for the pain and swelling of his arm." Doc. 1 at 5. The Court screened his Complaint pursuant to 28 U.S.C. § 1915A, found it failed to set forth a cognizable federal claim, and recommended that it be dismissed. Doc. 8; *see id.* at 5 n. 3 (noting that Williams could amend his Complaint if he believed he could surmount the deficiencies identified by the Court). In lieu of objecting, Williams amended his Complaint and set forth a brand new litany of allegations against Nurse

Harned (she allegedly sexually assaulted him and pushed him) and contended that Officer Frazier wrote a false report on the incident. Doc. 9 at 5-6. These allegations are factually untethered to the prior Complaint. *Compare* docs. 1 & 9. This is not an amendment, this is a new case.[1] If Williams seeks to file a new case, he must do so, and pay the filing fee for it. *See* Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321 (PLRA). This case, which sounds in the Eight Amendment and the provision of adequate medical care, is **DISMISSED** for the reasons stated by the Magistrate Judge and to which Williams did not object.

**SO ORDERED**, this 31st day of May, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court makes no finding on the merits of the allegations in Plaintiff's proposed amended complaint. The Court only rules that these unrelated claims cannot be brought in this action.